# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The premises known as 888 Martinez Drive,<br>Thibodaux, Louisiana 70301, further described in<br>Attachment A | )<br>)<br>)  Case No.  20-MC-135<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the _____Eastern_____ District of _____Louisiana_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(a)(6) | False Statement as to Material Fact to FFL |
| 22 USC § 2778 | Exportation of Arms, Munitions, or Military Equipment or Services Without Export License |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Matthew Lindberg, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/14/2020

_____
*Judge's signature*

City and state:  New Orleans, Louisiana       Honorable Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF THE                        *       NO. 20-MC-135
APPLICATION FOR A SEARCH
WARRANT FOR THE PREMISES          *
KNOWN AS 888 MARTINEZ DRIVE,
THIBODAUX, LOUISIANA 70301            *

                                                                       *

                                                *       *       *

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT**

I, Matthew Lindberg, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been employed in this capacity since May 2015. I am currently assigned to the ATF New Orleans Field Division, New Orleans Group I. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am an ATF Firearms Interstate Nexus Expert as well as a graduate of the Federal Law Enforcement Training Center and the ATF National Academy at Glynco, Georgia. Prior to joining the ATF, I was employed as a police officer with the Metropolitan Police Department in Washington, D.C. for two years.

**FACTS SUPPORTING PROBABLE CAUSE**

2.  On October 15, 2019, Jesus FRIAS-LEMUS and his girlfriend, Ana HUERTA-VALDEZ, were arrested by Mexican law enforcement authorities outside of Monterrey, Mexico. FRIAS-LEMUS and HUERTA-VALDEZ were found to be in possession of two firearms, assorted

firearm parts, and approximately 22 rounds of .40 caliber ammunition hidden throughout their vehicle. The vehicle is registered to HUERTA-VALDEZ in Louisiana.

    3.    One of the two firearms recovered by Mexican authorities, a Colt, model 38 Super, .38 caliber semi-automatic pistol bearing serial number 38SCC3166, was purchased by FRIAS-LEMUS on October 4, 2019 at Arrowbee Precision, a federally licensed firearm dealer in Thibodaux, LA. This purchase was 11 days prior to its recovery in Mexico. It was recovered approximately 815 miles from Thibodaux, Louisiana where FRIAS-LEMUS and HUERTA-VALDEZ live as well as the gun store is located.

    4.    Among the assorted firearm parts recovered were the following:

- Two firearm slides stamped "Rock Island Armory" on the rear left of the slides. Near the center of the right of both slides are stamped with "TCM".
- Both slides have identical barrels inserted inside each of the slides. Both inserted barrels are stamped with "CAL. 22 TCM"
- Two identical, additional barrels stamped "CAL. 9MM"



    5.    Further investigative research revealed that on October 12, 2019, FRIAS-LEMUS and HUERTA-VALDEZ went to Academy Sports in Thibodaux, LA. FRIAS-LEMUS completed another firearm purchase where he purchased two Rock Island Armory/Armscor 22TCM pistols.

2

This transfer occurred three days prior to their arrest in Mexico. Pictured below is a stock photograph of the two firearms purchased by FRIAS-LEMUS.



6. It should be noted that this firearm is sold with two barrels, as it is interchangeable from 22TCM caliber and 9mm.

7. The aforementioned firearm parts that were recovered in Mexico visually match the parts of the two firearms FRIAS-LEMUS purchased from Academy Sports on October 12, 2019. It is believed by investigators that those parts recovered were the parts from this October 12, 2019 purchase. FRIAS-LEMUS trafficked the firearm parts to Mexico only three (3) days after purchasing them.

8. On December 13, 2019, investigators spoke Mr. Justin Foret, one of the two Academy Sports employees who assisted FRIAS-LEMUS during his firearms transaction.

9. Your affiant learned that a few weeks prior to the October 12, 2019 firearm transfer, FRIAS-LEMUS entered the same Academy Sports store and spoke with Mr. Foret. FRIAS-LEMUS requested assistance purchasing six (6) of the same Rock Island Armory/Armscor 22TCM pistols. Due to store policy, Mr. Foret was unable to assist FRIAS-LEMUS. Instead, Mr. Foret

instructed FRIAS-LEMUS to go to Academy Sports' website and order the firearms from there as the Rock Island Armory/Armscor 22TCM pistols are not kept in stock.

10. FRIAS-LEMUS returned on October 12, 2019 after purchasing two (2) of the firearms described above through Academy Sports' website and completed the firearms transfer. To complete this online purchase, FRIAS-LEMUS utilized an electronic device with internet access, such as a cellular telephone or computer.

11. Immediately before the transfer of the firearms, FRIAS-LEMUS completed the ATF Form 4473 as regulated by federal law. The ATF Form 4473 is completed during all firearm purchases/transfers at a federal firearms licensed gun store. This is used for the NICS background check.

12. On the ATF Form 4473, FRIAS-LEMUS completed Box 2 Current State of Residence and Address as 888 Martinez Rd, Thibodaux, Lafourche Parish, LA 70301.

13. On December 19, 2019, your affiant conducted an interview of FRIAS-LEMUS. In part, FRIAS-LEMUS acknowledged that he had purchased the aforementioned firearms and that he was arrested in Mexico by Mexican Police for being in possession of two firearms. FRIAS-LEMUS also told investigators that he did not have a federal firearms license or an exportation license. When questioned regarding the whereabouts of the two firearms purchased from Academy Sports on October 12, 2019, FRIAS-LEMUS adamantly stated that the firearms should be at home. FRIAS-LEMUS continued that he keeps the firearms in a specific location in his home.

14. Due to the firearm parts recovered visually matching the unique firearms purchased by FRIAS-LEMUS on October 12, 2019, three days prior to being arrested in Mexico, it is believed that the firearms' frames are still in FRIAS-LEMUS's residence. During the interview, FRIAS-LEMUS was adamant that all firearms purchased, to include the firearms purchased at Academy

Sports on October 12, 2019, should be in his residence. The only firearm recently purchased that would not be in FRIAS-LEMUS's house is the aforementioned Colt .38 Super that is still in the Mexican Police's custody.

15. Following the interview, FRIAS-LEMUS willfully chose to resign as a deputy with the Lafourche Parish Sheriff's Office (LPSO). Your affiant accompanied Lafourche Parish Sheriff's Office investigators to the target location to retrieve FRIAS-LEMUS's LPSO issued equipment. All investigators stood in the residence's driveway as FRIAS-LEMUS collected his belongings from inside his marked LPSO patrol vehicle as well as from within his residence. Investigators never stood on the front porch nor went inside the target location.

16. While standing outside, investigators asked for FRIAS-LEMUS to bring the firearms outside so that he could prove he had them in his possession. FRIAS-LEMUS again explained that the firearms should be inside. After briefly returning inside the residence, FRIAS-LEMUS exited stating that he did not want to show investigators the firearms. The investigators left without seeing any firearms or firearm parts.

17. Later on December 19, 2019, your affiant spoke with Joseph Arabie, owner of Arrowbee Precision, a federally licensed firearm dealer. Mr. Arabie explained to your affiant that on October 4, 2019, Mr. Arabie transferred two Colt .38 Super pistols to FRIAS-LEMUS, one of which was recovered in Mexico as described above. Mr. Arabie explained that at least one of the two pistols were transferred via a GunBroker.com purchase.

18. GunBroker.com is an online marketplace to buy or sell firearms. There is no retail location as it is solely an online business that acts as a middleman for individuals to purchase and sell firearms. To access this business, FRIAS-LEMUS utilized an electronic device with internet access, such as a cellular telephone or computer.

19. FRIAS-LEMUS is issued Louisiana State Driver's License 11134776 that expires on September 5, 2023. Within the information in the license registry, it details that FRIAS-LEMUS's residence is 888 Martinez Road, Thibodaux, LA, the target location.

20. The United States Munitions List details as what constitutes as defense articles or defense services. Any weapon or item on the munitions list requires a valid exportation license to export outside of the United States. In Category I, the list details "Nonautomatic and semi-automatic firearms to caliber .50 inclusive (12.7mm)." This definition includes both firearms FRIAS-LEMUS brought from the United States to Mexico and was subsequently arrested with. The recovered firearms were .22 caliber and .38 caliber.

21. The Munitions List also includes, "Barrels, cylinders, receivers (frames)…" and "Components, parts, accessories and attachments…". Category III in the Munitions List contains ammunition for the articles in Category I and II. Per these listed parts in the Munitions List, all ammunition and firearm parts FRIAS-LEMUS was found in possession of in Mexico are included in needing a valid exportation license.

22. In my training and experience, it is common for firearm traffickers to disassemble firearms. This is done to make firearms more concealable and less likely to be detected while trafficking them. Firearm parts, such as slides or barrels, are typically the firearm parts that take the most stress and heat from the explosion propelling the bullet when fired. This is why it is important that these parts be manufactured by professionals and not by amateurs. This need creates a higher demand for such parts be trafficked to other countries where it is harder, or impossible, to legally obtain these items. In many types of firearms, the frame can easily be manufactured by following simple instructions included in part-kits commonly sold online. These part-kits are sold

online with little to no regulation as they are defined simply as pieces of plastic at the time of shipment.

23. Based on the foregoing, I respectfully request that a search warrant be issued for the target location, 888 Martinez Road, Thibodaux, Louisiana pursuant to the search procedures described in Attachment A, all of which constitute evidence of violations of Title 18, United States Code, 922(a)(6) – False Statement as to Material Fact to FFL and Title 22, United States Code, 2778 – Exportation of Arms, Munitions, or Military Equipment or Services without Required Validated Export License.

_____
Matthew Lindberg
Special Agent
Bureau of Alcohol, Tobacco, and Firearms

Subscribed and sworn to before me on
this 14th day of January, 2020
New Orleans, Louisiana.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## DESCRIPTION OF PROPERTY

1. The Target Residence, Jesus FRIAS-LEMUS's residence, is located at **888 Martinez Drive, Thibodaux, Louisiana 70301**. It is further described as a lifted, single-family dwelling that is south facing with yellow siding, red shutters, and a gray roof. It is the nearest structure to the road on this property. This warrant authorizes the search of the primary residence of FRIAS-LEMUS, curtilage, front and rear yard, garage(s), driveways, vehicles, and any and all outbuildings on the property where the items listed in Attachment B may be located. It does not include the second, single-family residence located behind this described building. This warrant authorizes the opening of locked containers, by force if necessary, at the property or at an appropriate law enforcement facility or other controlled environment, if it is not practical or safe to open the locked container at the property during the search. "Locked containers" include, but are not limited to, any and all locked rooms, cabinets, files, drawers, closets, safes, and vehicles.



## ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

1. Firearms, ammunition, destructive devices, and other weapons

2. Firearm components, parts, accessories, and attachments

3. Receipts, photographs, lists of customers and other documents that relate to the distribution, documentation relating to the financing and purchasing of firearms or firearm parts to be trafficked and profits gained from the sale of trafficked firearms or firearm parts

4. Financial proceeds and articles of personal property relating to the illegal sale of firearms including US Currency, Mexican Pesos, checks, cashier's checks, money orders (including copies, receipts and purchase information) and any form of monetary instruments;

5. Articles of personal property relating to the obtaining, secreting, transferring, expenditure and concealment of United States currency or foreign currency, as well as assets derived from or to be used in the importation and/or sale of firearms or firearm parts or analogue including books, receipts, records, bank statements, bank records, business record money drafts, money orders, cashier's check receipts, passbooks, bank checks, safe records of safety deposit boxes, and storage lockers.

6. Indicia of Ownership

7. Electronic storage devices including, but not limited to, Cellular telephones, computers, and tablets including the below-listed contents of such devices. In order

to search for the below-listed items, law enforcement personnel are authorized to search, copy, image, and seize the devices for offsite review.

a. all records listed in this attachment;

b. evidence of who used, owned, or controlled the devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

c. evidence indicating how and when the cellular telephones were accessed or used to determine the chronological context of access, use, and events relating to crimes under investigation and to the cellular telephones' users;

d. records of or information about the cellular telephones' Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

e. contextual information necessary to understand the evidence described in this attachment.

"Records" means all kinds of books, papers, documents, data, writings, and recordings, including, but not limited to, digital/electronic materials, photographs, audio recordings, video recordings, letters, emails, text messages, and voicemails.