AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 20-MC-135
)
The premises known as 888 Martinez Drive, Thibodaux, )
Louisiana 70301, further described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Louisiana____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before  Jan. 29, 2020  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Duty Magistrate____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ____

Date and time issued: __January 14, 2020 at 10:35 AM__   _____/s/_____
                                                         *Judge's signature*

City and state: __New Orleans, Louisiana__   __Honorable Karen Wells Roby, U.S. Magistrate Judge__
                                             *Printed name and title*

AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 20-MC-135 | Date and time warrant executed: Jan. 22, 2020 at appx. 0815 hours | Copy of warrant and inventory left with: Jesus FRIAS-LEMUS |
|---|---|---|

Inventory made in the presence of: ATF SA Richard Gales

Inventory of the property taken and name of any person(s) seized:

- Norinco, AK-style variant, 7.62x39 caliber rifle bearing serial number 126941
- Bushmaster, model XM15-E2S, 223 caliber rifle bearing serial number BK1300665
- Glock, model 17, 9mm caliber pistol bearing serial number BCVH454
- Blue Colt Firearm Box Labeled – Government Model, 38 Super, 38SCC3166
- Black Armscor Firearm Box Labeled – M1911 A2, Cal 22TCM/9mm Pistol, TCM043716
- Black Armscor Firearm Box Labeled – M1911 A2, Cal 22TCM/9mm Pistol, TCM043712
- Black Glock Firearm Box Labeled – G17 BCVH454
- 567 assorted rounds of ammunition
- 2 Green Ammunition Cans
- 4 spent 22TCM shell casings
- 7 various firearm magazines
- 1 Black Iphone 10, unknown serial number
- 1 White and Pink Iphone, unknown serial number
- 1 White and Pink IPad Tablet model A2200 bearing serial number F9FZ50TWMDG3
- 1 Silver Macbook Pro bearing serial number WQ0482JAATM
- Safariland Body Armor bearing serial number 10170240029
- Blue, unmarked body armor
- Approximately 257.4 grams of green vegetable matter inside clear capsules
- 2 Lafourche Parish Sheriff's Office Badges issued to Jesus FRIAS-LEMUS
- Miscellaneous documents and paperwork (including bank statements and records, tax documents, indicia of ownership, and immigration paperwork)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: January 30, 2020

Subscribed, sworn to, and returned before me this 30th day of January, 2020.

*[signature]* Janis Van Meerveld
U.S. Judge or Magistrate

*[signature]*
Executing officer's signature
ATF SA Matthew Lindberg
Printed name and title